UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN PETERSON JANVIER,

    Plaintiff,

v.                                         Case No: 6:14-cv-2028-Orl-31DAB

FREY, ANDREY AND ORLANDO POLICE
DEPARTMENT,

    Defendants.
_____

## ORDER

This cause comes for consideration on Plaintiff John Peterson Janvier's application to proceed in district court without prepaying fees or costs (Doc. 12), which the Court construes as a motion to proceed in forma pauperis. The Court referred the motion to United States Magistrate Judge David A. Baker for a report and recommendation. Janvier filed no objections to Judge Baker's Report and Recommendation (Doc. 13). Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 13) is **APPROVED** and **ADOPTED**.

2. The Court **DENIES** Plaintiff John Peterson Janvier's application to proceed in district court without prepaying fees or costs (Doc. 12), which the Court construes as a motion to proceed in forma pauperis.

3. Plaintiff John Peterson Janvier's amended complaint (Doc. 11) is **DISMISSED with prejudice**.

4. The Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 24th day of February, 2015.

                                                            G. KENDALL SHARP
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties